United States District Court
Southern District of Mississippi
Southern Division

SHERMAN TREMAYNE LAFAYETTE                    Plaintiff

VS.                    Civil No. 1:23cv212 HSO-BWR

Ports America And Unknown Defendants          Defendants

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 22 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

Complaint with Jury Demand

Comes now, Plaintiff Sherman Tremayne Lafayette files this Complaint as follows:

A. Plaintiff,
SHERMAN TREMAYNE LAFAYETTE
2504 15th Avenue
Gulfport, Harrison County
Mississippi, 39501
Phone: 228-328-5136
E-Mail: mr.lafayette.stl@gmail.com

B. The Defendants
   Ports America

C. Place of Employmet
   Ports America
   55 North Arizona Place, Suite 400
   Chandler, Arizona 85225

II. Basis for Jurisdiction
   Title VII of Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

III. Statement of Claim
   A. Unequal terms and conditions of my employment
      1. Retaliation
      2. See Attachments: Notice of Rights to Sue letter from the Equal Employment Opportunity Commission.

   B. It is my best recollection that the alleged discrimination occured on February 23, 2023

   C. I believe that defendants is/are still committing these acts against me.

   D. Defendant(s) discriminated against me based on my Race

E. The facts of my case are as follows
   I was targeted by Ports America, Site Manager Tim Lancaster, and Ports America, Superintendent, Ben Clark, was terminated as Foreman as Dole's Maintance and Repair pending an investigation that didn't never take place. And after involving a attorney in a group text message with Mr. Lancaster included an attorney liaison amicable communication, I received a series of run-on sentences that had nothing to do with the situation at hand. I was unfavorably discriminated against by means of Retaliation for exercising protected activity. The harassment became frequent that it created a hostile work environment which resulted in adverse employment decisions where Racial Slurs, Hostile workplace environment and Harassment is the normal.

IV. Exhaustion of Federal Administrative Remedies
   A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on May 12, 2023
   B. The Equal Employment Opportunity Commission Issued a Notice of Right to Sue letter, which I received on May 24, 2023

V. Relief

A. For discrimation I been force to deal with continued finacial hardship and emotional distress Also, by being placed In a Hostile work enviroment has cause me problems at home and family issues I fear retaliation and I'm seeking punitive or exemplary damages

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Date of Signing: August 22, 2023

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  SHERMAN TREMAYNE LAFAYETTE

SHERMA TREMAYE LAFAYETTE
2506 15th Avenue
Gulfport, MS 39501

228-328-5136