IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHERMAN TREMAYNE LAFAYETTE** | § § § § | **PLAINTIFF** |
| **v.** | § § § | **Civil No. 1:23cv212-HSO-BWR** |
| **PORTS AMERICA, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE